# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD EDWARDS, | Case No. 2:17-cv-02174-APG-VCF |
| Plaintiff, | **ORDER DENYING MOTIONS** |
| v. | |
| WASHOE COUNTY SHERIFF'S OFFICE, et al., | (ECF Nos. 2, 3) |
| Defendants. | |

IT IS ORDERED that the plaintiff's motions for submission of motion **(ECF Nos. 2, 3) are DENIED.** The court has received your application to proceed in forma pauperis and your complaint, and will review the application and screen the complaint in due course.

DATED this 15th day of March, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE