# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RICHARD EDWARDS,

    Plaintiff

v.

WASHOE COUNTY SHERIFFS OFFICE, et al.,

    Defendants

Case No.: 2:17-cv-02174-APG-VCF

**Order Granting Motion for Extension of Time**

[ECF No. 22]

    IT IS ORDERED that plaintiff Richard Edwards' motion for extension of time **(ECF No. 22) is GRANTED**.  Edwards must file his opposition to the motion to dismiss on or before December 28, 2018.

    IT IS FURTHER ORDERED that Edwards' request for more library time will be addressed by separate order by Magistrate Judge Ferenbach.

    DATED this 13th day of November, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE