UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD EDWARDS,<br><br>    Plaintiff<br><br>v.<br><br>WASHOE COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendants | Case No.: 2:17-cv-02174-APG-VCF<br><br>**Order Dismissing Defendant Ramirez** |

Plaintiff Richard Edwards previously moved for default judgment as to defendant Ramirez. ECF No. 28. I denied that motion both because it was procedurally improper and because it did not appear that Ramirez had been properly served. ECF Nos. 18, 29. Since then, Edwards has not submitted proof of proper service on Ramirez. I therefore ordered Edwards to show cause why Ramirez should not be dismissed for failure to properly and timely serve him. ECF No. 32. I warned Edwards that failure to respond to the order to show cause would result in dismissal of Edwards' claims against Ramirez without prejudice. *Id.* Edwards did not timely respond to that order.

IT IS THEREFORE ORDERED that plaintiff Richard Edwards' claims against defendant Ramirez are DISMISSED for failure to properly and timely serve Ramirez.

DATED this 26th day of June, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE