# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD EDWARDS, | Case No.: 2:17-cv-02174-APG-VCF |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| WASHOE COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants | |

I previously granted plaintiff Richard Edwards leave to file an amended complaint by June 10, 2019. EF No. 31. Edwards did not file an amended complaint. This case has been terminated as to all currently named defendants and there is no operative complaint.

IT IS THEREFORE ORDERED that the clerk of court is instructed to close this case.

DATED this 6th day of August, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE